ALICE CAMPOS MERCADO
Nevada Bar No. 4555
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868; (775) 786-9716 (fax)
acm@lge.net

*Attorneys for Defendant*
*CCLV Luxury Hotel, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HELEN SWARTZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CCLV LUXURY HOTEL, LLC,<br>a Delaware Limited Liability Company,<br><br>Defendants. | **Case No. 2:21-cv-01093-RFB-EJY**<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT AND ORDER**<br>**(First Request)** |

Plaintiff HELEN SWARTZ and defendant CCLV LUXURY HOTEL, LLC, by and through their respective counsel, hereby stipulate and agree that the time for service and filing of an answer or other response by said defendant to the Complaint filed in the above-entitled action may be extended from July 13, 2021 to August 12, 2021. Defendant seeks this extension because it has only recently secured counsel in Nevada, and has not had an opportunity to consult among its counsel. The requested extension was made before the expiration of deadline to respond to the Complaint.

///

///

///

///

///

1

This is defendant's first appearance and first request for an extension to file an answer or other response to the Complaint. Defendant has not previously requested any extensions for any purpose.

| | |
|---|---|
| DATED: July 7, 2021 | DATED: July 7, 2021 |
| FULLER, FULLER & ASSOCIATES, PA<br>AND<br>ROBERT P. SPRETNAK (NSB 135)<br>8275 S. Eastern Ave., Ste. 200<br>Las Vegas, NV 89123 | LEMONS, GRUNDY & EISENBERG<br>6005 Plumas Street, Third Floor<br>Reno, NV 89519 |
| By: */s/ Robert P. Spretnak*<br>　　Robert P. Spretnak | By: */s/ Alice Campos Mercado*<br>　　Alice Campos Mercado |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

DATED this 8th day of July, 2021

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

2