ALICE CAMPOS MERCADO
Nevada Bar No. 4555
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868; (775) 786-9716 (fax)
acm@lge.net

*Attorneys for Defendant*
*CCLV Luxury Hotel, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HELEN SWARTZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CCLV LUXURY HOTEL, LLC,<br>a Delaware Limited Liability Company,<br><br>Defendant. | **Case No. 2:21-cv-01093-RFB-EJY**<br><br>**STIPULATION TO EXTEND**<br>**TIME TO FILE RESPONSE**<br>**TO COMPLAINT AND ORDER**<br>(Second Request) |

Plaintiff HELEN SWARTZ and defendant CCLV LUXURY HOTEL, LLC, by and through their respective counsel, hereby stipulate and agree that the time for service and filing of an answer or other response by said defendant to the Complaint filed in the above-entitled action may be extended from August 12, 2021 to September 13, 2021. Defendant seeks this extension to give it additional time to review the Complaint allegations and to give the parties time to discuss a potential non-litigated resolution of this matter. The requested extension was made before the expiration of deadline to respond to the Complaint.

///

///

///

///

///

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1

This is defendant's second request for an extension to file an answer or other response to the Complaint.

DATED: August 10, 2021

FULLER, FULLER & ASSOCIATES, PA
  AND
ROBERT P. SPRETNAK (NSB 135)
8275 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
(702) 454-4900

By: */s/ Robert P. Spretnak*
  Robert P. Spretnak

*Attorneys for Plaintiff*

DATED: August 10, 2021

LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Third Floor
Reno, NV 89519
(775) 786-6868

By: */s/ Alice Campos Mercado*
  Alice Campos Mercado

*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

DATED this 11th day of August, 2021.

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

2